**AO-10**
Rev. 1/93

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | | 3. Date of Report |
|---|---|---|---|
| Collins, Audrey B. | United States District Court, Central District of California | | 1/29/94 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)  Nominee, district court | 5. Report Type (check appropriate type)  _x_ Nomination, Date 1/27/94  ___ Initial  ___ Annual  ___ Final | | 6. Reporting Period  1/93-1/94 |
| 7. Chambers or Office Address  L.A. County District Attorney's Office  18-201 Criminal Courts Building  210 West Temple Street  Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___  Reviewing Officer Signature _____ | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| | |
|---|---|
| Assistant District Attorney | Los Angeles County District Attorney |
| President | L.A. County District Attorney's Crime Prevention Foundation(non-profit),1993-94 |
| Secretary | L.A. County District Attorney's Foundation (non-profit), 1993-94 |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)     (continued at VIII.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| | | |
|---|---|---|
| | (1992)L.A. County District Attorney's Office (self) | $ 108,812 |
| | (1993) L.A. County District Attorney's Office (self) | $ 114,492 |
| | (1994) L.A. County District Attorney's Office (self) | $ 9,400(approx.) |
| | (1992-94) L.A. County Dept. of Health Services (spouse) | $ |
| | (1993) Oxy U.S.A. -Oil royalty (community property) | $ 258 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Collins, Audrey B. | 1/29/1994 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Connecticut Higher Education Supplemental Loan | Co-borrower on student loan for 26-year old son at Yale Law School | K |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Collins, Audrey B. | 1/29/1994 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | EXEMPT | | | | EXEMPT |
| 1 Residence, Los Angeles, Ca. (J) | C | Rent | K/M | R/V* | | | | | |
| 2 Acct.#134-950196-3,134-100506-1 Home Savings of America (J) | A | Interest | J | T | | | | | |
| 3 Acct.72-32889-1 Broadway Federal Savings &Loan (J) | A | Interest | J | T | | | | | |
| 4 Acct.#2439-8870 Charles Schwab Brokerage Acct. (J) | A | Div. | K | T | | | | | |
| 5 Acct.#596-012019-407 A.G. Edwards & Sons Brokerage Acct.(J) | A | Div. | K | T | | | | | |
| 6 Dodge & Cox Balanced Fund (J) | A | Div. | J | T | | | | | |
| 7 T. Rowe Price New Asia Fund (J) | A | Div. | - | T | | | | | |
| 8 Janus Venture Fund, Inc. (J) | A | Div. | - | T | | | | | |
| 9 Scudder Short Term Bond Fund (J) | A | Div. | - | T | | | | | |
| 10 Benham GNMA Income Fund (J) | B | Div. | K | T | | | | | |
| 11 Acct.#2433-9971 IRA-Charles Schwab (self) | A | Int. | K | T | | | | | |
| 12 Acct.#2439-8862 IRA-Charles Schwab(spouse) | A | Int. | K | T | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | E=$15,001 to $50,000 J=$15,000 or less N=$250,001 to $500,000 | F=$50,001 to $100,000 K=$15,001 to $50,000 O=$500,001 to $1,000,000 | G=$100,001 to $1,000,000 L=$50,001 to $100,000 P=More than $1,000,000 | H=More than $1,000,000 M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Collins, Audrey B. | 1/29/1994 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

I. Positions(continued)

Advisor, Special Assistance to Victims in Emergency (SAVE) (non-profit foundation of L.A. County District Attorney's Office, 1992-93

Trustee, Langston Bar Association of Los Angeles, 1993

VII(continued)

§1. Residence: ............ Los Angeles, Ca.

This residence was purchased in 1971 for $29,000(cost.) However, that does not reflect its true value today.

I believe the current market value to be approximately $200,000-$220,000. (Note: The assessed value of the

home is lower than market value because California's Proposition 1: has frozen the assessed value of homes

owned since the 1970's.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app 7, § 5** et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations

Signature _Audrey B. Collins_                          Date _January 29, 1994_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. app. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

_____

Provide a complete, current financial net worth statement which itemizes in detail all assets (including accounts, real estate, securities, trusts, investments, and other financial holdings), all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $20,601 | Notes payable to banks-secured | 0 |
| U.S. Govt. securities-add schedule | 0 | Notes payable to banks-unsecured | 0 |
| Listed securities-add schedule | $80,534 | Notes payable to relatives | 0 |
| Unlisted securities-add schedule | 0 | | |
| Accounts and Notes receivable | 0 | Notes payable to others | 0 |
| Due from relatives and friends | | | |
| Due from others | | | |
| Doubtful | | | |
| Real estate owned-add schedule | $655,000 | Accounts and bills due | 0 |
| Real estate mortgages receivable | 0 | Unpaid income tax | 0 |
| Autos and other personal property | $131,000 | Other unpaid tax and interest | 0 |
| Cash value-life insurance | 0 | Real estate mortgage payable-add schedule | 11,802 |
| Other assets-itemized on schedule | $53,510 | Other mortgages and other liens payable | 0 |

Digitized by Google

